United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL J. CARPENETER; JOHN DOES,

    Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, MATTHEW CATE, JOHN DOES, et al.,

    Defendants.
                          /

No. C 10-3898 WHA (PR)

**ORDER OF TRANSFER**

This is a civil rights case brought pro se by a state prisoner. The named plaintiff is located at Mule Creek State Prison, in Amador County, which lies in the venue of the Eastern District of California. The named defendants, the Governor of California and the Secretary of the California Department of Corrections and Rehabilitation, are located in Sacramento County, which also lies within the venue of the Eastern District of California. The acts complained of as they pertain to the named plaintiff and defendants occurred at the Mule Creek State Prison or in Sacramento, i.e. within the Eastern District of California. Venue, therefore, properly lies in the Eastern District. *See* 28 U.S.C. 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1406(a).

**IT IS SO ORDERED.**

Dated: September   27  , 2010.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.10\CARPENTER3898.TRN.wpd